UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGIA MILES,                                    No. 2:19-cv-2151 DB P

            Plaintiff,

    v.                                                    ORDER

HOLLISTER, et al.,

            Defendants.

Plaintiff is a county inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $50.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). By order dated January 31, 2020, plaintiff was ordered to pay the filing fee or submit a properly completed in forma pauperis application within thirty days. (ECF No. 10.) Plaintiff was warned that failure to comply with the court's order would result in a recommendation that this action be dismissed. Those thirty days have passed and plaintiff has not moved to proceed in forma pauperis, paid the filing fee, or requested additional time to comply with the court's order. Plaintiff has instead filed a letter detailing her difficulties in gaining access to legal research materials and discussing other civil cases she has filed in this district. (ECF No. 11.)

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

1

1    In light of plaintiff's pro se status, the court will give plaintiff one final opportunity to pay

2   the filing fee or submit a properly completed in forma pauperis application.  Plaintiff is hereby

3   informed that the court will not address her other motions and requests until the filing fee is paid

4   or a properly completed application has been filed.

5          Accordingly, IT IS HEREBY ORDERED that:

6        1.  Plaintiff shall submit, within thirty days from the date of this order, either the $350.00

7            filing fee plus the $50.00 administrative fee or a properly completed application to

8            proceed in forma pauperis on the form provided with this order; plaintiff is cautioned

9            that failure to comply with this order or seek an extension of time to do so will result

10           in dismissal of this action without prejudice; and

11       2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma

12           Pauperis By a Prisoner for use in a civil rights action.

13  Dated:  March 10, 2020

14

15
                                            _____
16                                          DEBORAH BARNES
                                            UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22  DB:12
    DB:1/Orders/Prisoner/Civil.Rights/mile2151.31c(2)

23

24

25

26

27

28